# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160293

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SPECTRUM HEALTH HOSPITALS and
SPECTRUM HEALTH PRIMARY CARE
PARTNERS d/b/a SPECTRUM HEALTH
MEDICAL GROUP,
          Plaintiffs-Appellants,

v

                                  SC: 160293
                                  COA: 349306

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN and FARM
BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
          Defendants-Appellees.

Kent CC: 18-004766-AV

_____/

        On order of the Court, the application for leave to appeal the August 13, 2019 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *Pearce v Eaton Co Rd Comm* (Docket No. 158069) and *Brugger v Midland Co Bd of Rd Comm'rs* (Docket No. 158304) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



a0622

Clerk